IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| STONE FENCE HOLDINGS, INC., | ) | |
| | ) | |
| BOUNCEBACK, INC., | ) | |
| | ) | |
| GALE KRIEG, AND | ) | |
| | ) | |
| JOHN STURGESS, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5:11-cv-06025-NKL |
| | ) | |
| vs. | ) | |
| | ) | |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., | ) | |
| | ) | |
| LEVINE LEICHTMAN CAPITAL PARTNERS III, L.P., | ) | |
| | ) | |
| LEVINE LEICHTMAN CAPITAL PARTNERS III, LLC, | ) | |
| | ) | |
| MICHAEL SCHRECK, | ) | |
| | ) | |
| BRETT STOHLTON, | ) | |
| | ) | |
| MICHAEL WILHEMS, and | ) | |
| | ) | |
| MATS JONSSON. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF LEVINE LEICHTMAN CAPITAL PARTNERS, INC.,
LEVINE LEICHTMAN CAPITAL PARTNERS, III, L.P., LEVINE LEICHTMAN
CAPITAL PARTNERS III, LLC, MICHAEL SCHRECK,
<u>BRETT STOHLTON, AND MICHAEL WILHEMS</u>**

Plaintiffs, Stone Fence Holdings, Inc. ("SFH"), BounceBack, Inc. ("BB"), Gale Krieg

and John Sturgess (collectively hereinafter "Plaintiffs") by and through their counsel, hereby

voluntarily dismiss without prejudice all claims of Plaintiffs against Defendants Levine Leichtman Capital Partners, Inc., Levine Leichtman Capital Partners, III, L.P., Levine Leichtman Capital Partners III, LLC, Michael Schreck, Brett Stohlton, and Michael Wilhems pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

BAKER STERCHI COWDEN RICE, LLC

/s/ *Thomas S. Stewart*
Thomas S. Stewart     MO #27833
Elizabeth McCulley    MO #53101
2400 Pershing Road, Suite 500
Kansas City, MO  64108
(816) 471-2121
(816) 472-0288 facsimile
stewart@bscr-law.com
mcculley@bscr-law.com
**ATTORNEYS FOR PLAINTIFFS**