IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| STONE FENCE HOLDINGS, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 11-06025-CV-SJ-NKL |
| LEVINE LEICHTMAN CAPITAL PARTNERS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 28th day of April, 2011, the plaintiffs having filed a Notice of Voluntary Dismissal Without Prejudice of Levine Leichtman Capital Partners, Inc., Levine Leichtman Capital Partners, III, L.P., Levine Leichtman Capital Partners III, LLC, Michael Schreck, Brett Stohlton, and Michael Wilhems [Doc. 4] and a Notice of Voluntary Dismissal With Prejudice of Matts Jonsson [Doc. 5] pursuant to Rule 41(a)(1)(A)(I), 41(a)(1)(A) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the above-captioned action be, and hereby is dismissed without prejudice, as to defendants Levine Leichtman Capital Partners, Inc., Levine Leichtman Capital Partners, III, L.P., Levine Leichtman Capital Partners III, LLC, Michael Schreck, Brett Stohlton, and Michael Wilhems and the above-captioned action is dismissed with prejudice as to Mats Jonsson. The

remaining pending defendant in this case is Levine Leichtman Capital Partners, Inc.

                                              AT THE DIRECTION OF THE COURT

                                              Ann Thompson, Clerk of Court

                                              s/ Renea Kanies

                                              By     Renea Kanies
                                                        Courtroom Deputy

Date: May 18, 2011